UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA WILLIAMSON,

    Plaintiff,

v.

CASE NO. 8:25-cv-02583-TPB-SPF

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT
## AND REQUEST FOR ADMINISTRATIVE CLOSURE

    Pursuant to Local Rule 3.09, Plaintiff and Defendant hereby inform the Court that the parties have reached an amicable settlement of this civil case in its entirety. Plaintiff and Defendant ask the Court to administratively close this matter, subject to the right of any party to move the Court within 60 days for the entry of a stipulated form of dismissal with prejudice.

    *Respectfully submitted this 24th day of October, 2025.*

| | |
|---|---|
|    */s/ William S. Coffman, Jr.* |    */s/ Wm. Jere Tolton, III* |
| WILLIAM S. COFFMAN, JR., ESQ. | WM. JERE TOLTON, III, ESQ. |
| Florida Bar Number: 188158 | Florida Bar Number: 887943 |
| william@cremeenslaw.com | jtolton@kilmerlaw.com |
| CREMEENS LAW GROUP PLLC | KILMER, VOORHEES & LAURICK, PC |
| 5100 W. Kennedy Blvd., Suite 270 | 2701 NW Vaughn Street, Suite 780 |
| Tampa, FL 33609 | Portland, OR 97210 |
| (813) 839-2000 Telephone | (503) 224-0055 Telephone |
| (813) 839-3500 Facsimile | (503) 222-5290 Facsimile |
| Attorneys for Plaintiff | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to William S. Coffman, Jr., Esq., Cremeens Law Group PLLC, 5100 W. Kennedy Blvd., Suite 270, Tampa, FL  33609, william@cremeenslaw.com.

          */s/ Wm. Jere Tolton, III*
WM. JERE TOLTON, III, ESQ.
Florida Bar Number:  887943
Primary:  jtolton@kilmerlaw.com
Secondary:  llhommedieu@kilmerlaw.com
KILMER, VOORHEES & LAURICK, PC
2701 NW Vaughn Street, Suite 780
Portland, OR  97210
(503) 224-0055 Telephone
(503) 222-5290 Facsimile

Attorneys for Defendant
Unum Life Insurance Company of America

M:\10126\0250\Pleadings\Joint Notice of Settlement.docx